PRICE ET. AL. *v.* MOSS ET AL.

No. 688.   Decided June 10, 1963.*

*Walt Allen, Jim A. Rinehart, Leon S. Hirsh* and *James C. Harkin* for appellants in No. 688.

*Frank Carter* for appellants in No. 689.

*Norman E. Reynolds, Jr.* and *Sid White* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeals are dismissed as the order of the District Court is not appealable under 28 U. S. C. § 1253.

MR. JUSTICE BLACK and MR. JUSTICE GOLDBERG concur in the result.

MR. JUSTICE HARLAN would postpone consideration of the question of jurisdiction until after argument on the merits.

---

*Together with No. 689, *Oklahoma Farm Bureau et al.* v. *Moss et al.*, on appeal from the same Court.